IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AIR FORCE OFFICER** | **:** | |
| *Plaintiff* | **:** | **Case No.: 22-cv-1267 BAH** |
| **v.** | **:** | |
| | **:** | |
| **LLOYD J. AUSTIN**, **III**, in his | **:** | |
| official capacity as Secretary of Defense; | **:** | |
| FRANK KENDALL, III, in his | **:** | |
| official capacity as Secretary of the Air Force; | **:** | |
| ROBERT I. MILLER, in his | **:** | |
| official capacity as Surgeon General of the | **:** | |
| Air Force, and | **:** | |
| RUDOLF WILHELM KUEHNE, JR. | **:** | |
| in his official capacity as Commander, | **:** | |
| Air Force Flight Standards Agency | **:** | |
| | **:** | |
| *Defendants* | **:** | |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

**COMES NOW,** the Plaintiff, an active duty United States Air Force Officer, and respectfully requests that this Honorable Court permit the plaintiff to proceed anonymously, using the pseudonym "Air Force Officer" in the caption and "Plaintiff Officer" in the body in all filings in this matter, for the following reasons.

1. The Plaintiff is an active-duty Officer in the United States Air Force. Plaintiff Officer desires to not disclose their name publicly; Plaintiff Officer has a substantial privacy right that can only be preserved by proceeding anonymously. Plaintiff's identity will be disclosed to the defendants.

2. Plaintiff incorporates herein the Memorandum of Law in Support Plaintiff's Motion for Leave to Proceed Anonymously.

1

WHEREFORE, Plaintiff requests that the Court grant Plaintiff Officer leave to proceed anonymously.

Respectfully submitted,

DATE: May 4, 2022

_____/s/_____

Jeremy H. Gonzalez Ibrahim
(PA Bar No: PA53019)
Of Counsel, Poblete Tamargo, LLC
510 King Street, Suite 340
Alexandria, VA 20036
jibrahim@pobletetamargo.com
703−566−3037

_____/s/_____

Jason I. Poblete
(DC Bar No.: 50414)
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
jpoblete@globallibertyalliance.org
703−566−3037

_____/s/_____

Mauricio Tamargo (DC Bar No.: 469839)
*pending admission D.D.C.*
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
mtamargo@globallibertyalliance.org
703−566−3037

2