IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAPTAIN DANIEL KNICK         :
                Plaintiff       :       Case No.: 22-cv-1267 BAH
v.                           :
                                :
LLOYD J. AUSTIN, III, individually and in his :
official capacity as Secretary of Defense;    :
FRANK KENDALL, III, individually and in his   :
official capacity as Secretary of the Air Force; :
ROBERT I. MILLER, individually and in his     :
official capacity as Surgeon General of the   :
Air Force, and                                :
RUDOLF WILHELM KUEHNE, JR.                    :
individually                                  :
and in his official capacity as Commander,    :
Air Force Flight Standards Agency             :
                                :
                Defendants      :

## PLAINITFF'S MOTION FOR
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**COMES NOW**, Plaintiff, Captain Daniel Knick, (hereinafter "Plaintiff Officer"), pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, respectfully moves this Honorable Court to enter a temporary restraining order ("TRO") and for a preliminary injunction, seeking to enjoin enjoin the challenged vaccine mandate[1] and all adverse consequences[2] Defendants have imposed, or intend to impose, upon Plaintiff for

---

[1] Department of Defense's August 24, 2021 Order, Department of Air Force's September 3, 2021 Order, President Biden's September 9, 2021 Executive Order 14043, Department of Defense's October 1, 2021 Order, and Department of Air Force's October 8, 2021 Order, (collectively, the "Mandates"); October 19, 2021; Decision Regarding Religious Accommodation Request, issued by defendant Rudolf Wilhelm Kuehne denying the request of Plaintiff Air Force Officer; December 2, 2021, Decision on Religious Accommodation Appeal, issued by defendant Robert I. Miller denying Plaintiff Air Force Officer's appeal of the command denial of his request for a religious accommodation exemption/waiver to vaccines/immunizations.

[2] March 14, 2022, Letter of Reprimand issued by defendant Rudolf Wilhelm Kuehne; April 7,

1

objecting to the mandate based upon sincerely held religious beliefs. Plaintiff Officer incorporates herein by reference the facts and claims laid out in the Complaint. Plaintiff Officer further submits the following Statement of Facts and incorporates the Memorandum of Law in Support of this motion and Plaintiff Officer's Declaration ("Decl.") and exhibits thereto.

On May 12, 2022, counsel for the parties conferred with respect to the relief sought in the instant motion. Counsel for the Defendants have advised that they oppose the relief sought in this Motion for a Preliminary Injunction The parties have agreed to a proposed schedule to brief the motion, and they will be respectfully submitting a joint motion requesting that the Court adopt this schedule.

The basis for Plaintiff Officer's Complaint is that the vaccine mandates, facially and as applied to Plaintiff Officer and others, violate and/or constitute:

(1) the Religious Freedom Restoration Act of 1993 ("RFRA") by substantially burdening the religious exercise of Plaintiff and other service members without being narrowly tailored to serve a compelling governmental interest;

(2) the First Amendment to the United States Constitution by depriving Plaintiff and other service members of their rights freely to exercise their religion, because the Mandates are not generally applicable and are not narrowly tailored to serve a compelling governmental interest; and,

(3) the Administrative Procedure Act by arbitrarily and capriciously violating the military's own regulation, AFI 48-110.

(4) Retaliation in violation of Title VII of the Civil Rights Act of 1964 and Violation of

---

2022, defendant Rudolf Wilhelm Kuehne submitted a record of Promotion Propriety Action, removing Plaintiff Air Force Officer from the promotion list although Plaintiff Air Force Officer had already been selected for promotion to Major.

2

the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb et seq. in seeking to prevent an earned promotion because of the filing of a request for a religious accommodation. (5) the Equal Protection and Due Process guarantees of the Fifth Amendment to the U.S. Constitution by instituting a process to review requests for religious accommodations to the vaccine requirement, such process known as the Religious Resolution Teams ("RRT"), that fails to meet constitutional standards.

WHEREFORE, Plaintiff Officer hereby requests that the Court grant this motion and enter a preliminary injunction enjoining Defendants from (1) enforcing against Plaintiff Officer any order or regulation requiring COVID-19 or other vaccination and (2) from instituting or enforcing any adverse or retaliatory action against Plaintiff Officer as a result of, arising from, or in conjunction with Plaintiff Officer's sincerely held religious objection to the COVID-19 or other vaccination mandate, his request for a religious exemption from the vaccine mandate, or pursuing this action or any other action for relief under RFRA, Title VII of the Civil Rights Act, the Administration Procedures Act or the First and Fifth Amendments.

Respectfully submitted,

DATE: May 13, 2022

/s/ Jeremy H. Gonzalez Ibrahim
Jeremy H. Gonzalez Ibrahim
(PA Bar No: PA53019)
Of Counsel, Poblete Tamargo, LLC
510 King Street, Suite 340
Alexandria, VA 20036
jibrahim@pobletetamargo.com
703-566-3037

/s/ Jason I. Poblete
Jason I. Poblete
(DC Bar No.: 500414)
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
jpoblete@globallibertyalliance.org
703-566-3041

/s/ Mauricio Tamargo
Mauricio Tamargo (DC Bar No.: 469839)
*pending admission D.D.C.*
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
mtamargo@globallibertyalliance.org
703-566-3041

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system. Parties may access this filing through the court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel have not yet entered an appearance electronically: None.

DATE: May 13, 2022

/s/ Jeremy H. Gonzalez Ibrahim
Jeremy H. Gonzalez Ibrahim
Of Counsel, Poblete Tamargo, LLC
510 King Street, Suite 340
Alexandria, VA 20036
jibrahim@pobletetamargo.com
703-566-3037

/s/ Jason I. Poblete
Jason I. Poblete
(DC Bar No.: 500414)
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
jpoblete@globallibertyalliance.org
703-566-3041

/s/ Mauricio Tamargo
Mauricio Tamargo (DC Bar No.: 469839)
*pending admission D.D.C.*
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
mtamargo@globallibertyalliance.org
703-566-3041

5