# Exhibit A



**DEPARTMENT OF THE AIR FORCE**
**607TH AIR OPERATIONS CENTER (AIR FORCES KOREA)**

1 June 2020

MEMORANDUM FOR  607 AOC/CC

FROM:  Capt Daniel W. Knick

SUBJECT:  Religious Exemption for Member's Immunization Requirement

1. IAW AFI 48-110, 2-6.3.a.1. I, Capt Daniel W. Knick, am seeking a religious exemption to the following vaccines: Influenza, Anthrax, Japanese Encephalitis and Typhoid Fever.

2. The primary reason I am seeking a religious exemption my IMR Immunization requirements is because numerous, if not all vaccines have been cultured to some extent in aborted fetal cell tissues and still contain residual fetal cell tissues. Attached is an excipient summary from the Center for Disease Control (**Tab 1**) which explains that "various culture media" are used during the manufacturing process then removed. These cells are often labeled as MRC-5, WI-38, human diploid cells and human diploid fibroblasts. As a Christian, I value the sanctity of human life and believe that life begins at conception. To explain further, Psalm 139:13 of the Judeo Christian Bible states that before God formed human life in a mother's womb, he knew that life intimately; I belive that abortion is sin and ergo my continued use of vaccines is tolerating that sin for which I will have to give an account to God for.

3. In addition to my religious conviction about tolerating the continued use of aborted fetal cells in vaccines, I have numerous health concerns also associated with these vaccines. In **Tab 2** attached in the email sent with this memorandum, the CDC states that thimerisol (containing ethylmercury) is not a toxin in vaccines; yet, in **Tab 3**, attached FDA CFR Title 21 chapter 1, Subchapter B, section 172.105 states [Mercury as a food additive] is not to exceed 1 PPM. (Important to note the, regulation makes no distinction between ethyl and methyl mercury). Also, in **Tab 4**, The Afluria Vaccine insert states that it contains 24.5 mcg of thimerosal (containing ethylmercury). In the .5ml solution of this vaccine, this is the equivalent of 12.25 parts per million, or more than 12 times that which is allowable in food in light of the aforementioned CFR reference. If the Afluria vaccine (most recent Influenza vaccine administered to service members) contains more than 12 times the permissible amount of mercury in food, it is implausible that thimerosal is not a toxin in a vaccine administered intramuscularly as the CDC claims.

4. In addition to my concerns regarding thimerosal, I also have numerous concerns about aluminum. FDA CFR title 21 Part 201, sub part G, section 201.323 (**Tab 5**) explains how Aluminum in large and small volume parenterals (drugs not administered orally) used in total parenteral nutrition are advised that they must not exceed 25 mcg/L and labeling must state that the parenteral contains no more than 25 mcg/L. As you will see in **Tab 6** of the attached Japanese Encephalitis Vaccine insert, JEV contains 250 mcg of Aluminum. The manufacturer of the vaccine boldly fails to comply with FDA regulations as it provides no statements in the

DEPARTMENT OF THE AIR FORCE
607TH AIR OPERATIONS CENTER (AIR FORCES KOREA)

insert meeting the requirement mandated by the FDA to state that the vaccine contains more than 25 mcg of aluminum.

5. Finally, among my greatest concern is the aluminum content in the Antrax vaccine. Per CDC.gov (snippet taken and attached as **Tab 7**) the Anthrax vaccine contains 1.2 miligrams per mililiter of aluminum. This equals .6 or more than .25mL of aluminum in the administration of .5mL dose of Biothrax (anthrax vaccine). (For the record 1 mcg = 1/1,000,000 of a gram). This means that the anthrax vaccine contains more than 250,000 mcg of aluminum, or more than 10,000 times the FDA allowable amount for a parenteral. During my 24 month assignment to South Korea, I will receive more than 1.25 million micrograms of aluminum. The Committee on Health Effects Associated with Exposures During the Gulf War concluded that there is a "paucity of published peer-reviewed literature on the safety of the antrax vaccine," and that the studies of antrax vaccine have not used active surveillance to systematically evaluate long-term health outcomes and that this is typical for all but few vaccines. As a Christian I believe the Bible affirms that the human body and its immune system is "fearfully and wonderfully made," and that the body's natural immune system is competent to defend itself from pathogens without the aid of a vaccine with insufficient data supporting its safety.

6. I would like to continue to serve my country in the United States Air Force but I feel a sincere religious and spiritual conviction that if I continue to take these vaccines, I will sustain some form of vaccine injury and be unable to care for my family. It is my sincere hope that you will please consider my request and not seek punitive actions for my choosing not to accept further immunizations.

7. For questions or concerns regarding this memorandum, please contact me at DSN: 784-6802 or via email at daniel.knick.1@us.af.mil.

KNICK.DANIEL.W.1 Digitally signed by
398165612        KNICK.DANIEL.W.1398165612
                 Date: 2020.06.01 09:51:47 +09'00'

DANIEL W. KNICK, Capt, USAF
Chief, 7AF Airspace Scheduling

This document contains FOR OFFICIAL USE ONLY (FOUO) information which must be protected under the Freedom of Information Act (5 U.S.C. 552) and/or the Privacy Act of 1974 (5 U.S.C. 552a). Unauthorized disclosure or misuse of this PERSONAL INFORMATION may result in disciplinary action, criminal and/or civil penalties. Further distribution is prohibited without the approval of the author of this message unless the recipient has a need to know in the performance of official duties. If you have received this message in error, please notify the sender and delete all copies of this message.