# Exhibit D

`



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE**
**WASHINGTON DC**

DEC 0 2 2021

MEMORANDUM FOR  CAPTAIN DANIEL W. KNICK

FROM:  HQ USAF/SG
1780 Air Force Pentagon
Washington, DC 20330-1780

SUBJECT:  Decision on Religious Accommodation Appeal

Your final appeal is denied.  In accordance with Department of the Air Force Instruction (DAFI) 52-201, *Religious Freedom in the Department of the Air Force*, paragraph 3.2, I have carefully reviewed your request for religious accommodation, specifically for an exemption from the COVID-19, Influenza, and all other immunizations.

The Department of the Air Force has a compelling government interest in requiring you to comply with the COVID-19 and Influenza immunization requirements because preventing the spread of disease among the force is vital to mission accomplishment.  Specifically, in light of your circumstances, your present duty assignment requires intermittent to frequent contact with others and is not fully achievable via telework or with adequate distancing.  We must be able to leverage our forces on short notice as evidenced by recent worldwide events.  Your health status as a non-immunized individual in this dynamic environment, and aggregated with other non-immunized individuals in steady state operations, would place health and safety, unit cohesion, and readiness at risk.  Foregoing the above immunization requirements would have a real adverse impact on military readiness and public health and safety.  There are no less restrictive means available in your circumstance as effective as receiving the above immunizations in furthering these compelling government interests.

You are currently mandated to complete only the COVID-19 and Influenza immunizations, therefore the remainder of your request is denied.  If more vaccines become tasked in the future, you may submit a new religious accommodation request to permit assessment of the pertinent readiness and other compelling government interests at that time.

A copy of this decision memorandum will be placed in your automated personnel records.  Please contact your unit leadership for questions or concerns.

ROBERT I. MILLER
Lieutenant General, USAF, MC, SFS
Surgeon General