# Exhibit F

**From:** KUEHNE, RUDOLF W JR Col USAF HAF HQ AFFSA/CC
**Cc:** HYER, TIMOTHY L Col USAF HAF HQ AFFSA/CD; ALTEMEIER, CHAD D GS-14 USAF HQ HQ AFFSA/XM; ACKERMAN, THOMAS J Maj USAF HAF HQ AFFSA/XM; STONE, SCOTT J Lt Col USAF HAF HQ AFFSA/XO; JAMES, HARRY J Lt Col USAF HAF HQ AFFSA/XA; ROBERTS, JAMES B GS-15 USAF HAF HQ AFFSA/XR; HOFFMAN, DUSTIN H MSgt USAF HAF HQ AFFSA/XAT
**Subject:** RE: HOT!! COVID SEPARATION GUIDANCE
**Date:** Friday, October 29, 2021 10:02:39 AM

All,

We have received a few questions on this.

Here is my advice.. if you are dead set against getting this vaccine then this is your time to apply for a free and clear separation.

Col Kuehne

**From:** KUEHNE, RUDOLF W JR Col USAF HAF HQ AFFSA/CC
**Sent:** Tuesday, October 26, 2021 12:46 PM
**Cc:** HYER, TIMOTHY L Col USAF HAF HQ AFFSA/CD <timothy.hyer@us.af.mil>; ALTEMEIER, CHAD D GS-14 USAF HQ HQ AFFSA/XM <chad.altemeier@us.af.mil>; ACKERMAN, THOMAS J Maj USAF HAF HQ AFFSA/XM <thomas.ackerman.1@us.af.mil>; STONE, SCOTT J Lt Col USAF HAF HQ AFFSA/XO <scott.stone.1@us.af.mil>; JAMES, HARRY J Lt Col USAF HAF HQ AFFSA/XA <harry.james@us.af.mil>; ROBERTS, JAMES B GS-15 USAF HAF HQ AFFSA/XR <james.roberts.35@us.af.mil>
**Subject:** FW: HOT!! COVID SEPARATION GUIDANCE

All,

Attached is new guidance on separations for those seeking COVID-19 Vaccine exemptions.

Thanks,
Col Kuehne