# Exhibit G



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE FLIGHT STANDARDS AGENCY**

19 Oct 21

MEMORANDUM FOR CAPTAIN DANIEL W. KNICK (DOD ID# 1398165612)

FROM: HQ AFFSA/CC

SUBJECT: Decision Regarding Religious Accommodation Request-

Reference: (a) DODI 1300.17, 1 September 2020, *Religious Liberty in the Military*.
(b) AFI 48-110, 16 February 2018, *Immunizations and Chemoprophlaxic for the Prevention of Infectious Diseases*.
(c) AFPD 52-2, 28 July 2020, *Accommodation of Religious Practices in the Air Force*, paragraph 1.4 and 1.5.
(d) DAFI 52-201, 22 June 2021, *Religious Freedom in the Department of the Air Force*, paragraph 6.6.

1. I have received your request for a religious based exemption to all required immunizations. As part of the review process, you spoke with the Tinker AFB Chaplain and received a briefing from the Tinker AFB Medical Group. On 4 Oct 21, Tinker AFB's Religious Resolution Team reviewed your request, considered the Chaplains recommendation and DID NOT recommend approval.

2. While your request appears to be a sincerely held religious belief, I have to balance that with the compelling government interest in preventing a real adverse impact to military readiness and maintaining the health and safety of our unit's civilian and military members. According to the CDC and military health officials vaccinations are the least restrictive means to prevent the spread of certain communicable diseases.

3. As the Commander of a Field Operating Agency, DAFI 52-201 para 6.6.1 grants me the authority to approve or deny requests for a religious exemption to immunization requirements. Under this authority, I have decided to DENY your request for religious exemption to all Air Force directed immunizations.

RUDOLF W. KUEHNE, Col, USAF
Commander