IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAPTAIN DANIEL KNICK | : | |
| | : | |
| *Plaintiff*, | : | Case No.: 22-cv-1267 BAH |
| v. | : | |
| | : | |
| LLOYD J. AUSTIN, III, in his | : | |
| official capacity as Secretary of Defense; | : | |
| FRANK KENDALL, III, in his | : | |
| official capacity as Secretary of the Air Force; | : | |
| ROBERT I. MILLER, in his | : | |
| official capacity as Surgeon General of the | : | |
| Air Force, and | : | |
| RUDOLF WILHELM KUEHNE, JR. in his | : | |
| official capacity as Commander, | : | |
| Air Force Flight Standards Agency | : | |
| | : | |
| *Defendants*. | : | |

## RESPONSE TO COURT'S MINUTE ORDER ON SERVICE OF PROCESS AND PROOF OF SERVICE PURSUANT TO FRCP 4(i)

The following is submitted in response to the Honorable Court's Minute Order dated June 14, 2022, directing the Plaintiff to file one of the following: *"(1) proof of service of the summons and complaint on defendants; (2) if service has not been completed, a notice describing plaintiffs plans to effect service and file proof of service in such time as to allow the Court to rule on plaintiffs pending motion for preliminary injunction prior to June 17, 2022, the date to which defendants agreed to postpone any disciplinary action; OR (3) in the alternative, an explanation of why plaintiff believes the Court has jurisdiction to rule on the motion for preliminary injunction in the desired timeframe despite the lack of effective service."*

1. Plaintiff has carried out service on all the named Defendants pursuant to Fed**.** R. Civ. P. 4(i) and as of this filing, return receipts were received from the Hon. Matthew M. Graves, U.S. Attorney for the District of Columbia; Hon. Merrick Garland, U.S. Attorney General; and Hon.

Lloyd Austin, Secretary of Defense. Plaintiff has not received return receipts for three of the others served.

2. Plaintiff has included in *Exhibit A* the tracking information from United States Postal Service (USPS) for the six packets.

3. Plaintiff apologizes for the delay and inconvenience to the Court.

4. The following steps were taken to effectuate service.

    a. On **May 16, 2022**, Plaintiff's counsel via an e-mail to the "Clerk's Office Intake" e-mail account, DCD_Intake@dcd.uscourts.gov, requested guidance on an ERRATA related to the initial Complaint caption,[1] Plaintiff's counsel added to that e-mail that *"we will wait for signed Summonses and any additional questions. Thank you all, JIP."* See *Exhibit B*.

    b. On **May 25, 2022**, via an e-mail to the Clerk's Office Intake e-mail account, Plaintiff's counsel asks, *"checking in to see if you need additional information from us to issue the Summons at EcF #5?"* A phone call was also made to the Clerk. See *Exhibit B*.

    c. The following day, on **May 26, 2022**, the summons for all Defendants were issued electronically by the Clerk. That same day the six (6) packets containing the Complaint and Summons were mailed via USPS Certified Mail, with a return receipt requested. See *Exhibit C*.

Respectfully submitted,

/s/ Jeremy H. Gonzalez Ibrahim
Jeremy H. Gonzalez Ibrahim
(PA Bar No: PA53019)
Of Counsel, Poblete Tamargo, LLC

DATE:  *June 15, 2022*

---

[1] The Complaint was filed in person at the Clerk's office as required under the local rules as Plaintiff had moved to file using a pseudonym.

510 King Street, Suite 340
Alexandria, VA 20036
jibrahim@pobletetamargo.com
703−566−3037

/s/ Jason I. Poblete
Jason I. Poblete
(DC Bar No.: 500414)
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
jpoblete@globallibertyalliance.org
703−566−3041

/s/ Mauricio Tamargo
Mauricio J. Tamargo
(DC Bar No.: 469839)
pending admission D.D.C.
Global Liberty Alliance
510 King Street, Suite 340
Alexandria, VA 20036
mtamargo@globallibertyalliance.org
703−566−3041