**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Matthew M. Graves
United States Attorney for the District of Columbia
ATTN: Civil Process Clerk
601 D Street, NW
Washington, DC 20530

9590 9402 5135 9092 8067 89

2. Article Number (Transfer from service label)

7020 0640 0002 2377 6701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUN 01 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. LLOYD J. AUSTIN, III
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

9590 9402 5135 9092 8068 33

2. Article Number (Transfer from service label)

7020 0640 0002 2377 6725

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CMD

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

CMD    6/1/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Merrick Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 5135 9092 8067 72

2. Article Number (Transfer from service label)

7020 0640 0002 2377 6695

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

JUN 01 2022

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 70200640000223776732

Remove ✕

Your item was picked up at a postal facility at 7:34 am on May 31, 2022 in WASHINGTON, DC 20310.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Individual Picked Up at Postal Facility

May 31, 2022 at 7:34 am
WASHINGTON, DC 20310

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

### See Less ⌃

**Tracking Number:** 70200640000223776718                                    Remove ✕

Your item was picked up at a postal facility at 11:02 am on May 31, 2022 in WASHINGTON, DC 20310.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

May 31, 2022 at 11:02 am
WASHINGTON, DC 20310

**Get Updates** ⌄

**See More** ⌄

**Tracking Number:** 70200640000223776688                                    Remove ✕

Your item was picked up at a postal facility at 11:02 am on May 31, 2022 in WASHINGTON, DC 20310.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

May 31, 2022 at 11:02 am
WASHINGTON, DC 20310

**Get Updates** ⌄

**See More** ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9590940251359092806789                    Remove ✕

Your item arrived at our USPS facility in MERRIFIELD VA DISTRIBUTION CENTER on June 2, 2022 at 12:51 pm. The item is currently in transit to the destination.

**USPS Tracking Plus® Available** ∨

## Arrived at USPS Regional Facility

June 2, 2022 at 12:51 pm
MERRIFIELD VA DISTRIBUTION CENTER

**Change Delivery Instructions** ∨

---

**Text & Email Updates**                                    ∨

---

**Delivery Instructions**                                   ∨

---

**Tracking History**                                        ∧

**June 2, 2022, 12:51 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER
Your item arrived at our USPS facility in MERRIFIELD VA DISTRIBUTION CENTER on June 2, 2022 at 12:51 pm. The item is currently in transit to the destination.

**June 1, 2022, 11:46 pm**
Arrived at USPS Regional Facility

GAITHERSBURG MD DISTRIBUTION CENTER

**June 1, 2022, 10:31 pm**
Accepted at USPS Origin Facility
ALEXANDRIA, VA 22320

**May 26, 2022, 12:22 pm**
Return Receipt Associated

---

**USPS Tracking Plus®**                                    ⌄

---

**Product Information**                                    ⌃

---

**Postal Product:**      **Features:**      **See tracking for related item: 70200640000223776701**
First-Class            Return Receipt    **(/go/TrackConfirmAction?tLabels=70200640000223776701)**
Package Service -      USPS Tracking®
Retail

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›

Track Another Package +

**Tracking Number:** 9590940251359092806833

Remove ✕

Your item arrived at our USPS facility in GAITHERSBURG MD DISTRIBUTION CENTER on June 2, 2022 at 10:57 pm. The item is currently in transit to the destination.

**USPS Tracking Plus® Available** ⌄

## Arrived at USPS Regional Facility

June 2, 2022 at 10:57 pm
GAITHERSBURG MD DISTRIBUTION CENTER

**Change Delivery Instructions** ⌄

---

**Text & Email Updates** ⌄

---

**Delivery Instructions** ⌄

---

**Tracking History** ⌃

**June 2, 2022, 10:57 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER
Your item arrived at our USPS facility in GAITHERSBURG MD DISTRIBUTION CENTER on June 2, 2022 at 10:57 pm. The item is currently in transit to the destination.

**June 2, 2022, 9:42 pm**
Accepted at USPS Origin Facility

ALEXANDRIA, VA 22320

**May 26, 2022, 12:18 pm**
Return Receipt Associated

---

**USPS Tracking Plus®**                                                    ⌄

---

**Product Information**                                                    ⌃

---

**Postal Product:**        **Features:**              See tracking for related item: **70200640000223776725**
First-Class               Return Receipt            **(/go/TrackConfirmAction?tLabels=70200640000223776725)**
Package Service -         USPS Tracking®
Retail

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package **+**

**Tracking Number:** 9590940251359092806772

Remove ✕

Your item arrived at our USPS facility in MERRIFIELD VA DISTRIBUTION CENTER on June 2, 2022 at 12:51 pm. The item is currently in transit to the destination.

**USPS Tracking Plus® Available** ∨

## Arrived at USPS Regional Facility

June 2, 2022 at 12:51 pm
MERRIFIELD VA DISTRIBUTION CENTER

**Change Delivery Instructions** ∨

---

**Text & Email Updates** ∨

---

**Delivery Instructions** ∨

---

**Tracking History** ∧

**June 2, 2022, 12:51 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER
Your item arrived at our USPS facility in MERRIFIELD VA DISTRIBUTION CENTER on June 2, 2022 at 12:51 pm. The item is currently in transit to the destination.

**June 2, 2022, 11:36 am**
Accepted at USPS Origin Facility

ALEXANDRIA, VA 22320

**May 26, 2022, 12:17 pm**
Return Receipt Associated

---

**USPS Tracking Plus®**                                                                                    ⌄

---

**Product Information**                                                                                    ⌃

---

| **Postal Product:** | **Features:** | See tracking for related item: 70200640000223776695 |
|---|---|---|
| First-Class Package Service - Retail | Return Receipt USPS Tracking® | (/go/TrackConfirmAction?tLabels=70200640000223776695) |

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs  >

## Track Another Package  +

**Tracking Number:** 9590940251359092806857

Remove  ✕

Your package is on its way to a USPS facility. Sign up to **get updates,** and we'll send you a delivery date and time when available.

**USPS Tracking Plus® Available** ⌄

## Return Receipt Associated

May 26, 2022 at 12:21 pm

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌃

**May 26, 2022, 12:21 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on May 26, 2022 at 12:21 pm that you have associated a return receipt to your item.

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌃

| **Postal Product:** | **Features:** | **See tracking for related item: 70200640000223776732** |
|---|---|---|
| First-Class Mail® | Return Receipt USPS Tracking® | (/go/TrackConfirmAction?tLabels=70200640000223776732) |

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9590940251359092806796

Remove ✕

Your package is on its way to a USPS facility. Sign up to **get updates,** and we'll send you a delivery date and time when available.

**USPS Tracking Plus® Available** ⌄

## Return Receipt Associated

May 26, 2022 at 12:20 pm

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

---

| Tracking History | ⌃ |
|---|---|

**May 26, 2022, 12:20 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on May 26, 2022 at 12:20 pm that you have associated a return receipt to your item.

---

| USPS Tracking Plus® | ⌄ |
|---|---|

---

| Product Information | ⌃ |
|---|---|

| **Postal Product:** | **Features:** | See tracking for related item: 70200640000223776718 |
|---|---|---|
| First-Class Mail® | Return Receipt USPS Tracking® | (/go/TrackConfirmAction?tLabels=70200640000223776718) |

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9590940251359092806840

Remove ✕

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

**USPS Tracking Plus® Available** ∨

## Return Receipt Associated

May 26, 2022 at 12:19 pm

**Get Updates** ∨

---

| Text & Email Updates | ∨ |
|---|---|

---

| **Tracking History** | ∧ |
|---|---|

**May 26, 2022, 12:19 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on May 26, 2022 at 12:19 pm that you have associated a return receipt to your item.

---

| **USPS Tracking Plus®** | ∨ |
|---|---|

---

| **Product Information** | ∧ |
|---|---|

| **Postal Product:** First-Class Mail® | **Features:** Return Receipt USPS Tracking® | **See tracking for related item: 70200640000223776688** (/go/TrackConfirmAction?tLabels=70200640000223776688) |

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**