

Jason Poblete &lt;jpoblete@pobletetamargo.com&gt;

# Re: 22-cv-01267 RE: Duty of the Chief Judge FW: Attached Image
1 message

**Mr. Jason Ian Poblete** &lt;jpoblete@pobletetamargo.com&gt;                Wed, May 25, 2022 at 2:57 PM
To: DCD Intake &lt;DCD_Intake@dcd.uscourts.gov&gt;

Greetings, how are you? Checking in to see if you need additional information from us to issue the Summons at EcF #5?

Thank you, Jason

> On May 16, 2022, at 12:59 PM, Mr. Jason Ian Poblete &lt;jpoblete@pobletetamargo.com&gt; wrote:
>
> Thank you; we will wait for signed Summonses and any additional questions. Thank you all, JIP
>
>> On May 16, 2022, at 12:31 PM, DCD Intake &lt;DCD_Intake@dcd.uscourts.gov&gt; wrote:
>>
>> Hello,
>>
>> You may proceed to file an errata. The errata will state the correction being made, and you will file the corrected document as an attachment to the errata.
>>
>>
>> Regards,
>>
>> Clerk's Office Intake
>> **U.S. District Court for the District of Columbia**
>> 333 Constitution Avenue NW, Room 1225, Washington, DC 20001
>> **Phone:** (202) 354-3120 l **Email:** DCD_Intake@dcd.uscourts.gov
>> **Website:** www.dcd.uscourts.gov
>> COVID-19 Clerk's Office Operations Information
>> COVID-19 Response – Information & Announcements
>>
>>
>> **From:** Mr. Jason Ian Poblete &lt;jpoblete@pobletetamargo.com&gt;
>> **Sent:** Monday, May 16, 2022 9:51 AM
>> **To:** DCD Intake &lt;DCD_Intake@dcd.uscourts.gov&gt;
>> **Subject:** Re: 22-cv-01267 RE: Duty of the Chief Judge FW: Attached Image
>>
>>   **CAUTION - EXTERNAL:**
>>
>>
>> Greetings. Good morning. We noticed an ERROR in DOCKET ENTRY #8, dated May 13, 2022, in the Memorandum of law Entry #1.  The case caption, first page of the Memorandum of Law should read CAPTAIN DANIEL KNICK, not AIR FORCE OFFICER, and the page number on Page 1 is missing. We'd like to submit an

ERRATA correcting these errors by filing the entire document. Is that the recommended procedure? Thank you, Jason

> On May 11, 2022, at 2:31 PM, Mr. Jason Ian Poblete <jpoblete@pobletetamargo.com> wrote:
>
> Thank you and the rest of the team there for your assists on this; much appreciated. Regards, Jason
>
>> On May 11, 2022, at 10:18 AM, DCD Intake <DCD_Intake@dcd.uscourts.gov> wrote:
>>
>> Hello,
>>
>> You will use the Complaint event. You will not need to pay the filing fee again. The refiled complaint will be the operative complaint.
>>
>> Regards,
>>
>> Clerk's Office Intake
>> **U.S. District Court for the District of Columbia**
>> 333 Constitution Avenue NW, Room 1225, Washington, DC 20001
>> **Phone:** (202) 354-3120 I **Email:** DCD_Intake@dcd.uscourts.gov
>> **Website:** www.dcd.uscourts.gov
>> COVID-19 Clerk's Office Operations Information
>> COVID-19 Response – Information & Announcements
>>
>> ---
>>
>> **From:** Mr. Jason Ian Poblete <jpoblete@pobletetamargo.com>
>> **Sent:** Wednesday, May 11, 2022 9:33 AM
>> **To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
>> **Subject:** Re: 22-cv-01267 RE: Duty of the Chief Judge FW: Attached Image
>>
>> **CAUTION - EXTERNAL:**
>>
>> Greetings, good morning! We are want to file via PACER pursuant to the Chief Judge's Order, as she instructed to re-file the Complaint. What EVENT should we use in PACER, under the "Complaints and Other Initiating Documents" screen: Complaint, Other section? There is already a Complaint docketed but have to add the Plaintiff's name to the Complaint pursuant to the Chief Judge's order. Thank you, Jason
>>
>>> On May 9, 2022, at 1:11 PM, DCD Intake <DCD_Intake@dcd.uscourts.gov> wrote:

Hello,

Please see order attached. Your case number is 22-cv-01267-BAH. The docket should be available within 24-28 hours. Please remit payment via ECF by using the 'Payment of Fee' event located under Other Filings - Other Documents. You may stay abreast of case activity via www.pacer.gov.

Regards,

Clerk's Office Intake
**U.S. District Court for the District of Columbia**
333 Constitution Avenue NW, Room 1225, Washington, DC 20001
**Phone:** (202) 354-3120
| **Email:** DCD_Intake@dcd.uscourts.gov
**Website:** www.dcd.uscourts.gov
COVID-19 Clerk's Office Operations Information
COVID-19 Response – Information & Announcements

---

**From:** Howell Chambers
**Sent:** Wednesday, May 4, 2022 2:27 PM
**To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Subject:** RE: Duty of the Chief Judge FW: Attached Image

The Chief Judge's Order is attached.

Thank you,

---

**From:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Sent:** Wednesday, May 4, 2022 9:41 AM
**To:** Howell Chambers
**Cc:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Subject:** Duty of the Chief Judge FW: Attached Image

Good Morning,

Please see the Motion to Proceed Under Pseudonym and accompanying documents attached.

---

**From:** donotreply@dcd.uscourts.gov <donotreply@dcd.uscourts.gov>
**Sent:** Wednesday, May 4, 2022 9:32 AM

**To:** DCD Intake <DCD_Intake@dcd.uscourts.gov>
**Subject:** Attached Image

<22-1267 pseudo order.pdf>

**Jason I. Poblete**
PobleteTamargo LLP
Attorneys & Counselors at Law
Courthouse Square
510 King Street, Suite 340
Alexandria, Virginia 22314
P    703.566.3037
E    jpoblete@pobletetamargo.com
W    www.pobletetamargo.com
T    @pobletetamargo

This message contains information that may be confidential, proprietary, or subject to the attorney-client privilege. If the message is not intended for you, do the right thing: notify the sender and delete it!  Without written consent of the sender, it is strictly forbidden to share any parts of this message with any third party.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Jason I. Poblete**
PobleteTamargo LLP
Attorneys & Counselors at Law
Courthouse Square
510 King Street, Suite 340
Alexandria, Virginia 22314
P    703.566.3037
E    jpoblete@pobletetamargo.com
W    www.pobletetamargo.com
T    @pobletetamargo

This message contains information that may be confidential, proprietary, or subject to the attorney-client privilege. If the message is not intended for you, do the right thing: notify the sender and delete it!  Without written consent of the sender, it is strictly forbidden to share any parts of this message with any third party.

**Jason I. Poblete**
PobleteTamargo LLP
Attorneys & Counselors at Law
Courthouse Square

510 King Street, Suite 340

Alexandria, Virginia 22314

P   703.566.3037

E   jpoblete@pobletetamargo.com

W   www.pobletetamargo.com

T   @pobletetamargo

This message contains information that may be confidential, proprietary, or subject to the attorney-client privilege. If the message is not intended for you, do the right thing: notify the sender and delete it!  Without written consent of the sender, it is strictly forbidden to share any parts of this message with any third party.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## Jason I. Poblete

PobleteTamargo LLP

Attorneys & Counselors at Law

Courthouse Square

510 King Street, Suite 340

Alexandria, Virginia 22314

P   703.566.3037

E   jpoblete@pobletetamargo.com

W   www.pobletetamargo.com

T   @pobletetamargo

This message contains information that may be confidential, proprietary, or subject to the attorney-client privilege. If the message is not intended for you, do the right thing: notify the sender and delete it!  Without written consent of the sender, it is strictly forbidden to share any parts of this message with any third party.

## Jason I. Poblete

PobleteTamargo LLP

Attorneys & Counselors at Law

Courthouse Square

510 King Street, Suite 340

Alexandria, Virginia 22314

P   703.566.3037

E   jpoblete@pobletetamargo.com

W   www.pobletetamargo.com

T   @pobletetamargo

This message contains information that may be confidential, proprietary, or subject to the attorney-client privilege. If the message is not intended for you, do the right thing: notify the sender and delete it!  Without written consent of the sender, it is strictly forbidden to share any parts of this message with any third party.